**KADERLI v. MARTIN COUNTY.** (No. 1371.) (Court of Civil Appeals of Texas. El Paso. Nov. 9, 1922. Rehearing Denied Nov. 29, 1922.) Appeal from District Court, Martin County; Chas. Gibbs, Judge. Suit by Martin County against N. Kaderli to enjoin interference with the use of a strip of land dedicated by the county for public road purposes. From a judgment enjoining such interference, defendant appeals. Affirmed. Morrison & Morrison, of Big Spring, for appellant. Garrard & Fannin, of Midland, for appellee.

HARPER, C. J. This is an appeal from a judgment enjoining appellant from interfering with the use of a strip of land 20 feet wide along the west side of section 25, block 36, township 1, Martin county, dedicated by said county for public road purposes. Tried before the court without a jury. Findings of fact were filed, and this appeal is predicated upon the proposition that these findings are not supported by the evidence. The parties agreed that the only issue involved is the true location of the west boundary line of the land in question, and the trial court has found it to be located as contended for by the county. We conclude that the evidence is sufficient to support the findings of the court; therefore the case must be affirmed. It is so ordered. Corrigan v. Goss et al. (Tex. Civ. App.) 160 S. W. 652; American Surety Co. of New York v. Hardwick (Tex. Civ. App.) 186 S. W. 804; Pioneer Land & Loan Co. v. Ebersol (Tex. Civ. App.) 226 S. W. 423; T. W. Marse & Co. v. Flockinger et al. (Tex. Civ. App.) 189 S. W. 1017. Affirmed.

---

**SHAENFIELD BROS. CO. v. NEW ORLEANS CHAIR CO.** (No. 6811.) (Court of Civil Appeals of Texas. San Antonio. Nov. 8, 1922.) Appeal from Bexar County Court; McCollum Burnett, Judge. Action by the New Orleans Chair Company against the Shaenfield Brothers Company. Judgment for plaintiff, and defendant appeals. Affirmed. Nelson Lytle and Harry J. Polk, both of San Antonio, for appellant. Taliaferro, Cunningham & Moursund and W. B. Jack Ball, all of San Antonio, for appellee.

COBBS, J. Appellee filed this suit in the justice court of Bexar county, seeking to recover against appellants on an alleged breach of contract in respect to the alleged sale and purchase of goods. An appeal was taken from the judgment of the justice court to the county court for civil cases. Appellee there filed its first formal petition, in which it alleged that plaintiff and defendant entered into a contract for the sale and delivery of a carload lot of chairs, to be shipped at once f. o. b. Hight Point, N. C., for the sum of $428.25; terms cash, bill of lading attached. Appellee alleged specially it had complied with the contract, and appellants breached the contract, specifying the damage at $428.25; contract price of chairs, $103.20; freight, $95; demurrage, and $28 transfer and storage; total, $654.45—admitting a set-off of $553.05, leaving a balance due. The case was tried with a jury on special issues, and, upon the verdict of the jury, the court rendered a judgment for appellee for

$101.40. Many errors are claimed by appellant to have been committed by the court in the trial of the cause, and the case has been elaborately briefed and argued by both parties. We have carefully read and considered the same, and find no error assigned that should cause a reversal. The case seems to have been fairly tried, with a jury whose findings are supported by the evidence, and we so reason to set it aside. The judgment of the court is therefore affirmed.